738

UNITED STATES of America,
Plaintiff–Appellee,

v.

Eduardo MARTINEZ–BAUTISTA,
Defendant–Appellant.

No. 10–6819.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 17, 2010.

Decided: Dec. 9, 2010.

Eduardo Martinez–Bautista, Appellant Pro Se. Neil H. MacBride, United States Attorney, Alexandria, Virginia; Norval George Metcalf, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before WILKINSON and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eduardo Martinez–Bautista appeals the district court's order denying his motion seeking consent for a stipulated deportation order. We have reviewed the record and Martinez–Bautista's claims, and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Martinez–Bautista,* No. 3:05–cr–00503–RLW–1 (E.D.Va. May 13, 2010). We dispense with oral argument because the facts and legal con-tentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*